654

*Mr. Mark McMahon* for petitioner.   *Mr. Neil P. Cullom* for respondent.

No. 337.   PRIME SECURITIES CORP. *v.* UNITED STATES;
No. 338.   MICHIGAN SILICA CO. *v.* UNITED STATES;
No. 339.   GENERAL CHROMIUM CORP. *v.* UNITED STATES;
No. 340.   SENIOR INVESTMENT CORP. *v.* UNITED STATES;
No. 341.   UDYLITE COMPANY *v.* UNITED STATES; and
No. 342.   STANDARD COTTON PRODUCTS CO. *v.* UNITED STATES.   October 13, 1941.   Petition for writs of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied.   *Mr. Benjamin E. Jaffe* for petitioners.   *Assistant Solicitor General Fahy, Assistant Attorney General Clark,* and *Messrs. Richard H. Demuth* and *Paul S. McMahon* for the United States.   Reported below: 119 F. 2d 939.

No. 343.   AMERICAN NATIONAL BANK, TRUSTEE, *v.* SERVICE LIFE INSURANCE CO.   October 13, 1941.   Petition for writ of certiorari to the Circuit Court of Appeals for the Seventh Circuit denied.   *Messrs. William H. Thompson, Perry E. O'Neal,* and *Patrick J. Smith* for petitioner.

No. 346.   LOUISIANA DELTA CATTLE CO., INC. *v.* UNITED STATES.   October 13, 1941.   Petition for writ of certiorari to the Court of Claims denied.   *Mr. Camden R. McAtee* for petitioner.   *Assistant Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Paul A. Sweeney* for the United States.

No. 347.   TASTY BAKING CO. *v.* UNITED STATES.   October 13, 1941.   Petition for writ of certiorari to the Court